Jones, Appellant, *v.* Norfolk Southern Railway Company, Appellee.

[Cite as *Jones v. Norfolk S. Ry. Co.,*
99 Ohio St.3d 238, 2003-Ohio-3392.]

(No. 2002–1324—Submitted June 3, 2003—Decided July 16, 2003.)

{¶ 1} The appeal is dismissed, sua sponte, as having been improvidently allowed.

Moyer, C.J., Vukovich, F.E. Sweeney, Pfeifer, Lundberg Stratton, O'Connor and O'Donnell, JJ., concur.

Joseph J. Vukovich, J., of the Seventh Appellate District, sitting for Resnick, J.

Pratt & Tobin, P.C., Robert W. Schmeider and Christie R. Schmeider; and Mary Patricia Toth, for appellant.

Robison, Curphey & O'Connell and David W. Stuckey, for appellee.